AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Leonardo Anchico-Jimenez<br>*Defendant* | )<br>)  Case No.  8:05-cr-365-T-27TBM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Leonardo Anchico-Jimenez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: FEB - 3 2020

*Issuing officer's signature*

City and state:  Tampa, Florida

Elizabeth Warren, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/03/2020, and the person was arrested on *(date)* 02/27/2020
at *(city and state)* Miami, FL.

Date: 02/27/2020

*Arresting officer's signature*

Tellini - DUSM
*Printed name and title*